## Case No. 13,511.

### STOVE WORKS v. PERRY.

[Cited in Cleaver v. Traders' Ins. Co., 40 Fed. 864. Nowhere reported; opinion not now accessible.]